Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com

Attorneys for Plaintiff, MICHELLE HICKS

FILED
FEB 17 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MICHELLE HICKS, <br><br> Plaintiff, <br><br> v. <br><br> INCOME RECOVERY SYSTEMS, <br><br> Defendant. | Case No.: 1:09-cv-01907-AWI-SMS <br><br> **VOLUNTARY DISMISSAL** |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, MICHELLE HICKS, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: February 12, 2010                                KROHN & MOSS, LTD.

                                                        By:/s/ Ryan Lee
It is so Ordered. Dated: 2-16-10                        Ryan Lee
                                                        Attorneys for Plaintiff
                                                        KELLEE CARMAN

_____
United States District Judge

- 1 -

VOLUNTARY DISMISSAL