1  Ryan Lee, Esq. (SBN 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  T: (323) 988-2400; F: (866) 802-0021
   rlee@consumerlawcenter.com
4
   Attorneys for Plaintiff, MICHELLE HICKS
5

                    UNITED STATES DISTRICT COURT

              EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION


| MICHELLE HICKS, | ) | Case No.: 1:09-cv-01907-AWI-SMS |
|---|---|---|
| Plaintiff, | ) | **VOLUNTARY DISMISSAL** |
| v. | ) | |
| INCOME RECOVERY SYSTEMS, | ) | |
| Defendant. | ) | |


## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, MICHELLE HICKS, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: February 12, 2010                KROHN & MOSS, LTD.


                                        By:/s/ Ryan Lee
It is so Ordered. Dated: 2-16-10        Ryan Lee
                                        Attorneys for Plaintiff
                                        KELLEE CARMAN

_____
United States District Judge

- 1 -

VOLUNTARY DISMISSAL